# United States Court of Appeals for the Fifth Circuit

---

No. 25-11087
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

March 11, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ISAIAH ANGEL FLORES,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:25-CR-33-1

---

Before CLEMENT, SOUTHWICK, and OLDHAM, *Circuit Judges*.

PER CURIAM:[*]

Isaiah Angel Flores appeals his conviction and sentence for possession of a firearm after a felony conviction, in violation of 18 U.S.C. § 922(g)(1). In his sole issue on appeal, Flores argues that § 922(g)(1) facially violates the Second Amendment. He concedes this argument is foreclosed but seeks to preserve it for further review. The Government has filed an unopposed

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-11087

motion for summary affirmance or, alternatively, for an extension of time in which to file a brief.

Flores is correct that his claim is foreclosed. *See United States v. Diaz*, 116 F.4th 458, 471-72 (5th Cir. 2024), *cert. denied*, 145 S. Ct. 2822 (2025). Summary affirmance is therefore appropriate. *See Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969).

Accordingly, the motion for summary affirmance is GRANTED, the alternative motion for an extension of time is DENIED, and the judgment of the district court is AFFIRMED.